1  JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
   ETHAN M. LOWRY, ESQ.  BAR #: 278831
2  CLAPP, MORONEY, BELLAGAMBA,
   VUCINICH, BEEMAN and SCHELEY
3  A PROFESSIONAL CORPORATION
   1111 Bayhill Drive, Suite 300
4  San Bruno, CA  94066
   (650) 989-5400  (650) 989-5499 FAX
5
   Attorneys for Defendants TOWN  OF HILLSBOROUGH (sued herein as City of Hillsborough);
6  PATRICK SEAN AHERNE (sued herein as SERGEANT AHERNE); MATT O'CONNOR (sued
   herein as former HILLSBOROUGH POLICE CHIEF MATT O'CONNOR); and STEVEN
7  THARP (sued herein as HILLSBOROUGH POLICE OFFICER THARP)

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | JERROLD ROSENBLATT,          | CASE NO.: C12-5210 LB
12 |        Plaintiff,            | **JOINT CASE MANAGEMENT
   |                              | CONFERENCE STATEMENT** ;
13 | v.                           | ORDER
14 | CITY OF HILLSBOROUGH, former | Complaint filed: October 9, 2012
   | HILLSBOROUGH POLICE CHIEF MATT|
15 | O'CONNOR, HILLSBOROUGH POLICE | Date:  May 2, 2013
   | SERGEANT AHERNE,             | Time:  11:00 A.M.
16 | HILLSBOROUGH POLICE OFFICER  | Ctrm:  C, 15th Floor, US District Court
   | THARP, and DOES 1 through 10,|        450 Golden Gate Avenue
17 |                              |        San Francisco
   |        Defendants.           |
18 |                              | Honorable Magistrate Judge Laurel Beeler

19

20        Plaintiff JERROLD ROSENBLATT and Defendants TOWN OF HILLSBOROUGH (sued

21 herein as City of Hillsborough); PATRICK SEAN AHERNE (sued herein as SERGEANT AHERNE);

22 MATT O'CONNOR (sued herein as former HILLSBOROUGH POLICE CHIEF MATT

23 O'CONNOR); and STEVEN THARP (sued herein as HILLSBOROUGH POLICE OFFICER

24 THARP), in the above-entitled action jointly submit this Case Management Statement (with updated

25 information only per Civil Minute Order of January 17, 2013).

26 1.   Jurisdiction and Service:

27      No change since last Case Management Conference.

28

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. C12-5210 LB**

G:\Data\DOCS\0160\04618\Joint Case
Mgmt Statement (Updated for CMC on
5.2.13).final.wpd

2. <u>Facts</u>:

No change since last Case Management Conference.

3. <u>Legal Issues</u>:

No change since last Case Management Conference.

4. <u>Motions</u>:

No change since last Case Management Conference.

5. <u>Amendment of Pleadings</u>:

Plaintiff will amend the complaint to correctly identify the defendants, as set forth herein. Defendants will not oppose these amendments.

6. <u>Evidence Preservation</u>:

No change since last Case Management Conference.

7. <u>Disclosures</u>:

Defendants and Plaintiff made initial disclosures on January 14, 2013 and January 9, 2013 respectively. Defendants anticipate supplemental disclosures on or about May 2, 2013.

8. <u>Discovery</u>:

The parties have agreed to proceed with Discovery pursuant to the Local Rules and Federal Rules of Civil Procedure.

Defendants have taken the depositions of Plaintiff, Jerrold Rosenblatt; Plaintiff=s wife, Carol Rosenblatt; and witness David Schwartz. Defendants do not anticipate taking any further depositions apart from experts. Plaintiff has taken the depositions of Defendants Aherne and Tharp and witness David Young. Plaintiff anticipates deposing Defendant Matt O'Connor as well as the person most knowledgeable about Defendants' Taser policies and procedures, and any defense experts. There are currently no discovery disputes pending between the parties.

9. <u>Class Actions</u>:

No change since last Case Management Conference.

10. <u>Related Cases</u>:

No change since last Case Management Conference.

11. <u>Relief</u>:

No change since last Case Management Conference.

12. <u>Settlement and ADR</u>:

The parties had previously agreed to proceed with private mediation and had scheduled an all-day mediation with retired San Mateo County Superior Court Judge Margaret Kemp for April 29, 2013. The Court granted the parties until May 1, 2013 to complete private mediation. Since that time Judge Kemp has sustained a broken leg and is unable to handle the mediation. The parties have agreed to mediation with Retired Magistrate Judge of the Northern District of California James Larson. The parties are currently in the process of scheduling the mediation for some date in May of 2013. The Parties request that the Court grant an extension of time to complete mediation.

13. <u>Consent to Magistrate Judge For All Purposes</u>:

No change since last Case Management Conference.

14. <u>Other References</u>:

No change since last Case Management Conference.

15. <u>Narrowing of Issues</u>:

No change since last Case Management Conference.

16. <u>Expedited Schedule</u>:

No change since last Case Management Conference.

17. <u>Scheduling</u>:

The parties schedule per Court's order:

| | |
|---|---|
| Non-expert discovery completion date: | July 12, 2013 |
| Experts Disclosure: | July 12, 2013 |
| Rebuttal expert disclosures: | July 31, 2013 |
| Expert Discovery cut-off: | September 5, 2013 |
| Last hearing date for dispositive motions: | November 7, 2013 |
| Meet and confer re pretrial filings: | November 26, 2013 |
| Pretrial filings due: | December 5, 2013 |

|   |   |   |
|---|---|---|
| | Oppositions, Objections, Exhibits, and Depo Designation: | December 12, 2013 |
| | Pretrial conference: | January 9, 2014 |
| | Jury trial: | January 27, 2014 |

18. <u>Trial</u>:

No change since last Case Management Conference.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:

No change since last Case Management Conference.

20. <u>Other Matters</u>:

No change since last Case Management Conference.

Dated: April 24, 2013                           CASPER, MEADOWS, SCHWARTZ & COOK

                                                By  /s/ Andrew Schwartz
                                                    Andrew Schwartz
                                                    Attorney for Plaintiff
                                                    JERROLD ROSENBLATT

Dated: April 24, 2013                           CLAPP, MORONEY, BELLAGAMBA,
                                                VUCINICH, BEEMAN AND SCHELEY

                                                By  /s/ Jeffrey M. Vucinich
                                                    Jeffrey M. Vucinich
                                                    Attorneys for Defendants
                                                    TOWN OF HILLSBOROUGH (sued herein as City of Hillsborough); PATRICK SEAN AHERNE (sued herein as SERGEANT AHERNE); MATT O'CONNOR (sued herein as former HILLSBOROUGH POLICE CHIEF MATT O'CONNOR); and STEVEN THARP (sued herein as HILLSBOROUGH POLICE OFFICER THARP)

Mediation deadline extended to May 31, 2013.

The Case Management Conference is reset to June 6, 2013 at 11:00 a.m.  A Joint Case Management Conference Statement (with updated information only) due May 30, 2013. The Case Management Conference on May 2, 2013 at 11:00 a.m. is VACATED.

Date: April 30, 2013

[APPROVED stamp — Judge Laurel Beeler, United States District Court, Northern District of California]