United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JERROLD ROSENBLATT, | No. CV12-05210 LB |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| CITY OF HILLSBOROUGH, ET AL., | |
| Defendants. | |

At the parties' request, the court refers the matter for a Settlement Conference, which will take place on **Tuesday, February 4, 2014**, at **9:30 a.m.** before Magistrate Judge Joseph C. Spero. The parties should email their settlement conference statements and any other things they think Judge Spero ought to read to the email address that was provided to the parties.

**IT IS SO ORDERED**.

Dated: January 29, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER OF REFERRAL
CV12-05210 LB